# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ALISON KRATISH, | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Case No. 4:12-cv-02299 |
| | § | |
| ACCOUNTS RECEIVABLE | § | |
| MANAGEMENT, INC, | § | |
| *Defendant* | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that all claims pending have been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Respectfully submitted,

WEISBERG & MEYERS, LLC

By: s/Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
Southern District Bar No. 1069583
WEISBERG AND MEYERS, LLC

        Two Allen Center
        1200 Smith Street, Sixteenth Floor
        Houston, TX 77002
        Telephone:   (888) 595-9111 ext. 275
        Facsimile:    (866) 565-1327
        noah.radbil@attorneysforconsumers.com

*Attorney-in-Charge for Plaintiff*
ALISON KRATISH

## CERTIFICATE OF SERVICE

I certify that on October 31, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

        /s/ Noah D. Radbil
        Noah D. Radbil