IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALISON KRATISH, | § | |
| *Plaintiff* | § | |
| | § | |
| *v*. | § | Case No. 4:12-cv-02299 |
| | § | |
| ACCOUNTS RECEIVABLE | § | |
| MANAGEMENT, INC, | § | |
| *Defendant* | § | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Southern District of Texas, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

    Respectfully submitted,

    WEISBERG & MEYERS, LLC

By: s/Noah D. Radbil
    Noah D. Radbil
    Texas Bar No. 24071015
    Southern District Bar No. 1069583
    WEISBERG AND MEYERS, LLC
    Two Allen Center
    1200 Smith Street, Sixteenth Floor
    Houston, TX 77002
    Telephone:   (888) 595-9111 ext. 275
    Facsimile:   (866) 565-1327
    noah.radbil@attorneysforconsumers.com

    *Attorney-in-Charge for Plaintiff*
    ALISON KRATISH

## **CERTIFICATE OF SERVICE**

    I certify that on February 4, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Southern District of Texas, Houston Division using the electronic case filing system of the court.

                                                /s/ Noah D. Radbil
                                                Noah D. Radbil